# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**VICTOR M. SANCHEZ, III**,

Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**,

Defendant.

**Case No.:** SACV18-521 JLS (KSx)

**ORDER**

**HON. JOSEPHINE L. STATON**

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 24, 2018

JOSEPHINE L. STATON
―――――――――――――――――
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE